# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of: | Chapter 7 |
| **MONEKA LYNN SANFORD**, | Case No. 11-47560 |
| Debtor. | Hon. Steven W. Rhodes |
| _____/ | |
| **MONEKA LYNN SANFORD**, | |
| Plaintiff, | Adv. Proc. No. 11-05645 |
| v. | |
| **US DEPARTMENT OF EDUCATION**, **EDUCATIONAL CREDIT MANAGEMENT CORPORATION**, | |
| Defendants. | |
| _____/ | |

## STIPULATION TO DISMISSAL OF ADVERSARY PROCEEDING

Plaintiff Moneka Lynn Sanford ("Plaintiff") Defendant Educational Credit Management Corporation, and Defendant United States Department of Education by their undersigned counsel, hereby stipulate and agree to the dismissal of this adversary proceeding WITHOUT prejudice with each party to bear its own costs.

SO STIPULATED AND AGREED:

BY:

/s/Deanna Waller-Bundy (w/consent)
Deanna Waller-Bundy (P73566)
29425 Northwestern Hwy
Suite 125
Southfield, MI 48034
248-875-7720
bundylegalservices@yahoo.com, dwallerbundy@sbcglobal.net
Attorney for Plaintiff

/s/Paula A. Hall
Paula A. Hall (P61101)
Brooks Wilkins Sharkey & Turco, PLLC
401 South Old Woodward, Suite 400
Birmingham, MI 48009
(248) 971-1714
hall@bwst-law.com
Attorney for Educational Credit Management Corporation


/s/Julia A. Caroff (w/consent)
Julia A. Caroff (Penna. Lic. No. 37949)
Assistant U.S. Attorney
211 West Fort St., Suite 2001
Detroit, MI 48226-3211
(313) 226-9772
Julia.caroff@usdoj.gov
Attorney for U.S. Department of Education


Dated: October 17, 2011