UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:          Chapter 7

**MONEKA LYNN SANFORD**,          Case No. 11-47560

    Debtor.          Hon. Steven W. Rhodes
_____/

**MONEKA LYNN SANFORD**,

    Plaintiff,          Adv. Proc. No. 11-05645

v.

**US DEPARTMENT OF EDUCATION**,
**EDUCATIONAL CREDIT MANAGEMENT CORPORATION**,

    Defendants.
_____/

## ORDER OF DISMISSAL

The Court having reviewed the Stipulation to Dismissal of Adversary Proceeding entered into between the parties; and the Court being fully apprised in the premises;

It is hereby ORDERED that this adversarial proceeding (11-05645) is dismissed WITHOUT prejudice with each party to bear its own costs.
.

**Signed on October 18, 2011**

                                                          **/s/ Steven Rhodes**
                                                          **Steven Rhodes**
                                                          **United States Bankruptcy Judge**